PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BENJAMIN ENRIQUEZ PEREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:17-cv-00624-CKD<br><br>**STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER MSJ** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her motion for summary judgment. Defendant respectfully requests this additional time because of a very heavy workload, and in order to further consider the issues raised in Plaintiff's MSJ.

////

////

////

1

The new due date for Defendant's MSJ will be Wednesday, October 25, 2017.

Respectfully submitted,

Date: *September 25, 2017*   CERNEY KREUZE & LOTT, LLP

By:   */s/ Shellie Lott\**
SHELLIE LOTT
*\* By email authorization on September 25, 2017*
Attorney for Plaintiff

Date: *September 25, 2017*   PHILLIP A. TALBERT
United States Attorney

By:   */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED:

Dated:  September 26, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE